# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131096

MARY B. MYERS, Personal Representative of
the Estate of INEZ MAE MYERS, Deceased,
　　　　　　Plaintiff-Appellee,

v

MARSHALL MEDICAL ASSOCIATES, P.C.,
JAMES G. DOBBINS, M.D., THOMAS D.
DOBBINS, M.D., and TENDERCARE OF
MARSHALL,
　　　　　　Defendants-Appellants.

SC: 131096
COA: 264667
Calhoun CC: 05-001314-NH

_____/

　　　On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital* (Docket No. 130641), is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in abeyance pending the decision in that case.



　　　I,　Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006　　　　　　　　　　　　　　　　　　　　　　　　

d0821　　　　　　　　　　　　　　　　　　　　　　　Clerk